# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| In re: | Harris, Traci N | § | Case No. 04 B 33658 |
|---|---|---|---|
| | | § | |
| | Debtor | § | |
| | | § | |

# CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

    1)    The case was filed on 09/10/2004.

    2)    The plan was confirmed on 10/27/2004.

    3)    The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on (NA).

    4)    The trustee filed action to remedy default by the debtor in performance under the plan on (NA).

    5)    The case was completed on 04/06/2009.

    6)    Number of months from filing or conversion to last payment: 55.

    7)    Number of months case was pending: 56.

    8)    Total value of assets abandoned by court order: (NA).

    9)    Total value of assets exempted: $2,976.00.

    10)    Amount of unsecured claims discharged without full payment: $8,520.71.

    11)    All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $21,906.96 |
| Less amount refunded to debtor | $306.96 |

**NET RECEIPTS:** $21,600.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,700.00 |
| Court Costs | $0 |
| Trustee Expenses & Compensation | $1,185.80 |
| Other | $0 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,885.80

Attorney fees paid and disclosed by debtor        NA

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Toyota Motor Credit Corporation | Secured | $14,525.00 | $14,525.00 | $14,525.00 | $14,525.00 | $2,173.34 |
| A&G Dermatological Associates | Unsecured | $60.00 | NA | NA | $0 | $0 |
| Affordable Furniture | Unsecured | $656.00 | NA | NA | $0 | $0 |
| America's Financial Choice Inc | Unsecured | $464.00 | $846.70 | $846.70 | $202.74 | $0 |
| Americash Loans, LLC | Unsecured | $446.00 | $446.14 | $446.14 | $106.82 | $0 |
| Athletico Ltd | Unsecured | $114.00 | NA | NA | $0 | $0 |
| Bank One | Unsecured | $445.00 | NA | NA | $0 | $0 |
| CFC Financial Corp | Unsecured | $357.00 | $357.04 | $357.04 | $85.49 | $0 |
| Checks Unlimited | Unsecured | $10.00 | NA | NA | $0 | $0 |
| Commonwealth Edison | Unsecured | $98.00 | NA | NA | $0 | $0 |
| CPSI Security | Unsecured | $186.00 | NA | NA | $0 | $0 |
| ECast Settlement Corp | Unsecured | $541.00 | $541.17 | $541.17 | $129.58 | $0 |
| Gold Coast | Unsecured | $73.00 | NA | NA | $0 | $0 |
| Gold Key Credit Inc | Unsecured | $70.00 | NA | NA | $0 | $0 |
| Illinois Lending Corporation | Unsecured | $446.00 | NA | NA | $0 | $0 |
| Illinois Lending Corporation | Unsecured | $1,521.00 | NA | NA | $0 | $0 |
| Marlin Integrated Capital | Unsecured | $71.00 | NA | NA | $0 | $0 |

*(Continued)*

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MCI | Unsecured | $138.00 | NA | NA | $0 | $0 |
| MCI Residential | Unsecured | $162.00 | NA | NA | $0 | $0 |
| Midwest Orthopaedics | Unsecured | $83.00 | NA | NA | $0 | $0 |
| Northwestern Medical Faculty | Unsecured | $203.00 | NA | NA | $0 | $0 |
| Northwestern Medical Faculty | Unsecured | $29.00 | NA | NA | $0 | $0 |
| Northwestern Memorial Hospital | Unsecured | $203.00 | NA | NA | $0 | $0 |
| Peoples Energy Corp | Unsecured | $316.00 | NA | NA | $0 | $0 |
| Premier Bankcard | Unsecured | $484.00 | $484.75 | $484.75 | $116.08 | $0 |
| Regional MRI | Unsecured | $64.00 | NA | NA | $0 | $0 |
| Rush Presbyterian St Luke's Hospital | Unsecured | $42.00 | NA | NA | $0 | $0 |
| Sir Finance Corporation | Unsecured | $1,292.00 | $1,224.00 | $1,224.00 | $293.08 | $0 |
| Sprint PCS | Unsecured | $207.00 | NA | NA | $0 | $0 |
| Swedish Covenant Hospital | Unsecured | $97.00 | NA | NA | $0 | $0 |
| Toyota Motor Credit Corporation | Unsecured | $2,845.00 | $342.77 | $342.77 | $82.07 | $0 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0 | $0 | $0 |
| Mortgage Arrearage | $0 | $0 | $0 |
| Debt Secured by Vehicle | $14,525.00 | $14,525.00 | $2,173.34 |
| All Other Secured | $0 | $0 | $0 |
| **TOTAL SECURED:** | $14,525.00 | $14,525.00 | $2,173.34 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0 | $0 | $0 |
| Domestic Support Ongoing | $0 | $0 | $0 |
| All Other Priority | $0 | $0 | $0 |
| **TOTAL PRIORITY:** | $0 | $0 | $0 |
| **GENERAL UNSECURED PAYMENTS:** | $4,242.57 | $1,015.86 | $0 |

UST Form 101-13-FR-S (4/1/2009)

| | | |
|---|---|---|
| **Disbursements:** | | |
| Expenses of Administration | $3,885.80 | |
| Disbursements to Creditors | $17,714.20 | |
| **TOTAL DISBURSEMENTS:** | | $21,600.00 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: May 19, 2009          By: /s/ MARILYN O. MARSHALL
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (4/1/2009)